UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

HOPE K. PHILLIPS,

    Plaintiff,

v.

HOSPICE CARE NORTHWEST,

    Defendant.

JUDGMENT

CASE No. 3:13-CV-01401-HA

HAGGERTY, District Judge:

    Based upon the record, and the Order filed October 17, 2013,

IT IS HEREBY ORDERED AND ADJUDGED that plaintiff's unopposed Motion to Dismiss [3] is GRANTED. This case is DISMISSED.

    DATED this 20 day of November, 2014.

                                                  Ancer L. Haggerty
                                                  United States District Judge

1 - JUDGMENT